**U.S. Department of Justice**

> Application granted. The protective order will be docketed separately.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 21.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>            January 21, 2022

**BY ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Darondae Ramseur*, 21 Cr. 779 (PMH)

Dear Judge Halpern:

      Attached please find a proposed protective order regarding discovery in the above-captioned case, which the parties have consented to and electronically signed, and respectfully request that the Court enter.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                  United States Attorney

                By:    /s/ Stephanie Simon_____
                        Stephanie Simon
                        Assistant United States Attorney
                        Tel: (914) 993-1920

Cc:    Daniel Hochheiser, Esq.