UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA      :
                              :
v.                            :     **RESCHEDULING ORDER**
                              :
**Darondae Ramseur,**         :     7-21-cr-00779- (PMH)
           Defendants.        :
                              :
------------------------------------------------------------x

The status conference previously scheduled for April 11, 2022 is rescheduled to April 14, 2022 at 10:00 am in Courtroom 520.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. The questionnaire is located on the Court's Website Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

White Plains, NY
Dated: March 29, 2022            SO ORDERED:

                                 _____
                                 Philip M. Halpern, U.S.D.J