**U.S. Department of Justice**

*United States Attorney*

> Application granted. A Speedy Trial Act order will be docketed separately.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 26.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>       April 4, 2022

**BY ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Darondae Ramseur*, 21 Cr. 779 (PMH)

Dear Judge Halpern:

      On or about February 7, 2022, the Court held a pretrial conference in the above-referenced case. At that conference, the Court scheduled the next status conference for April 11, 2022, and excluded time under the Speedy Trial Act through that date. By order dated March 30, 2022, the Court rescheduled the status conference for April 25, 2022.

      The Government respectfully requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today through April 25, 2022. The Government respectfully submits that an exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial because it would allow the parties to continue to produce and review discovery, to evaluate any potential motion practice, and to engage in discussions regarding a potential resolution of the matter without the need for trial.

      The Government respectfully encloses a proposed order excluding time for the Court's consideration.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:   /s/ Stephanie Simon
      Stephanie Simon
      Assistant United States Attorney
      Tel: (914) 993-1920

Cc:    Daniel Hochheiser, Esq.