UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :        **SCHEDULING ORDER**
                                    :
**Darondae Ramseur,**               :        21-cr-00779 PMH
                    Defendant.      :
                                    :
-----------------------------------------------------------x

The Court has scheduled the Change of Plea Hearing for July 20, 2022 at 3:30 p.m. in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. The questionnaire is located on the Court's Website. Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: July 11, 2022                        SO ORDERED:

                                            _____
                                            Philip M. Halpern, U.S.D.J