# Law Offices of
# Daniel A. Hochheiser

Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

July 20, 2022

Via ECF
Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, New York 10601

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         July 21, 2022

Re:   USA v. Darondae Ramseur, 21 CR 779 PMH
      **PERMISSION TO FILE INTERIM VOUCHERS**

Your Honor,

    I was appointed under the Criminal Justice Act on July 23, 2021 to serve as counsel for defendant, Darondae Ramseur. He is next scheduled to appear before Your Honor for sentence on January 19, 2023. Please endorse this letter motion to permit me, as CJA counsel, to submit interim vouchers in this case.

                                  Respectfully submitted,

                                  Daniel A. Hochheiser

Cc: all counsel via ECF

1