UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :
v.                               :     **RESCHEDULING ORDER**
                                 :
**Darondae Ramseur,**            :     7-21-cr-00779-PMH
              Defendants.        :
                                 :
-----------------------------------------------------------x

Sentencing in this matter is rescheduled to January 19, 2023 at 4:00 pm in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: October 13, 2022                SO ORDERED:

                                       _____
                                       Philip M. Halpern, U.S.D.J