# *Law Offices of*
# *Daniel A. Hochheiser*
ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

Application granted.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 46.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
January 3, 2024

January 2, 2024

**Via ECF and email**
Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, NY 10605

Re:     *USA v. Darondae Ramseur*, 21 CR 779 PMH
        <u>REQUEST FOR CJA RE-APPOINTMENT OF COUNSEL</u>

Your Honor:

    I request that Your Honor re-appoint me as counsel to represent Ramseur pursuant to the Criminal Justice Act and Standing Order M10-468 (In Re Retroactive Application of Amendment 821 U.S. Sentencing Guidelines Manual) signed by SDNY Chief Judge Swain on 10/31/2023.

    The purpose of this request is to seek permission for re-appointment as counsel to Ramseur in order to move this Court for a sentence reduction in light of the change to Guidelines §4A1.1(e)(2023) which changes Ramseur's criminal history category from IV to III and his Guidelines range from 37 to 46 months to 30 to 37 months. ECF 45.

                Respectfully submitted,

                Daniel A. Hochheiser

Cc: all counsel via ECF