UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA           :

                                           :

v.                                        :        **ORDER**

                                           :

DARONDAE RAMSEUR,                 :        21-CR-00779-PMH

                                           :

            Defendant.           :
---------------------------------------------------------------x

On January 19, 2023, Darondae Ramseur ("Defendant") was sentenced principally to a term of imprisonment of 37 months. (Doc. 41). The Probation Department issued a report on December 22, 2023 indicating that Defendant is eligible for a sentence reduction based on Amendment 821 to the Sentencing Guidelines. (Doc. 45). On January 3, 2024, the Court granted Defendant's request for reappointment of CJA counsel to pursue a motion for a sentence reduction based on Amendment 821 to the Sentencing Guidelines. (Doc. 47). On January 12, 2024, defense counsel moved for a reduction of sentence. (Doc. 48).

IT IS ORDERED that no later than February 8, 2024, the Government shall file a statement of its position on the motion for modification of Defendant's sentence.

IT IS FURTHER ORDERED that the Defendant shall file its response, if any, no later than February 15, 2024.

SO ORDERED.

Dated: White Plains, New York
        January 29, 2024

                               _____

                               Philip M. Halpern
                               United States District Judge